UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Charles Anthony Jones,

_____,

_____,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: 1-24-cv-54-MW/MAF
*(To be filled in by the Clerk's Office)*

v.

United States ,

_____,

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Jury Trial Requested?**
☒ YES  ☐ NO

FILED USDC FLND GV
MAR 28 '24 PM4:38   KM

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Charles Anthony Jones
   Address: 908 SE 20th Street

   City, State, and Zip Code: Gainesville, FL 32641

   Telephone: 904-534-5619 (Home) N/A (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: __UNITED STATES__

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

2. Defendant's Name: __UNITED STATES__

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity    ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☑ Federal Officials (*Bivens case*)   ☐ State/Local Officials (*§ 1983 case*)

### III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.** You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.**

Pg (1)

ON JUNE 24th 2024 I had A PRIMARY CARE APPOINTMENT AT A FEDERAL GOVERNMENT FACILITY IN GAINESVILLE, FL. AFTER I WAS CHECKED IN AND SAW THE DOCTOR A SONOGRAM WAS USED AND I had OVER 650 MIL OF URINE BACKED UP IN MY BLADDER, SO MY DOCTOR REQUESTED

(OVER BACK)

**Factual Allegations, Continued** *(Page 2 of 3)*

That a cathecre be placed in my penis so I went back to the nurse office to get it done, it was a white female nurse and at that time she asked me if I wanted a male nurse to do it, I said yes I would like a male to do it. So she went out of the office and got a black male nurse which at that time I thought he was gonna do it, so I laid back on the table. But against my request the white female began to place to place the cathecre in and "I said what are you doing"?? Because I specifically asked for a male to do it and she said "I can do it" so at that time it became sexually assault and abuse because the white female nurse violated me when I specifically told her I did not want her to do it

(OVER BACK)

pg(3) So at that time the white female nurse was offended and became angry by me telling her I did not want her to place the catherer in but against my will and against my request she still proceeded to place the catherer in by violently pushing and pressing and proding the cathecre in my penis to inflict pain I began to scream and yell so other staff members came into the office. The nurse did not know what she was doing. I had intense bleeding, pain, and scar tissue inside my penis I had to go to emergency urology, and then had to have surgery on my bladder to have a superbubic tube in my belly. I also believe she was racist because she was a white female and I am a black male. She delibrately inflicted pain on my penis and abused and violated me and caused harm to me on purpose I had to have surgery to correct the damage that was done

IV. **STATEMENT OF CLAIMS**

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

MY Rights WAS Violated I WAS SEXUALLY ASSAULTED AND ABUSED, ALSO I WAS DISCRIMINATED AGAINST RACIALLY BEING BLACK AND the NURSE WAS White, AND MEDICAL MALPRACTICE BECAUSE The NURSE WAS Not Competent to Do it

V. **RELIEF REQUESTED**

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

I AM REQUESTING PUNITIVE DAMAGES AND FOR PAIN AND SUFFERING IN the AMOUNT OF 15 MILLION DOLLARS DUE TO I had to have BLadder SURGERY MY QUALITY OF LIFE has BEEN taken AWAY I HAVE BEEN DISMEMBERED IN MY PENIS AREA AND FUTURE PAIN AND SUFFERING DAMAGES

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 3/28/24   Plaintiff's Signature: Charles A. Jones

Printed Name of Plaintiff: CHARLES A. JONES

Address: 904 SE 20th Street

GAINESVILLE, FL 32641

E-Mail Address: Charles.Jones943@yahoo.com

Telephone Number: 904-534-5819 OR 352-246-3507

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

8