IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHARLES ANTHONY JONES,**

   *Plaintiff*,

v.                                       Case No.: 1:24cv54-MW/MAF

**UNITED STATES OF AMERICA,**

   *Defendant.*
_____/

**ORDER ACCEPTING IN PART AND REJECTING IN PART
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 23. This Court agrees with the Magistrate Judge's recommendation that Plaintiff's assault and discrimination claims may proceed, but this Court disagrees with the Magistrate Judge's recommendation that this Court should dismiss the medical malpractice claim. Liberally construed, Plaintiff's factual allegations permit the reasonable inference that the nurse who performed the catheter procedure deviated from the standard of care when she "violently" inserted the catheter, causing "intense bleeding, pain, and scar tissue," that required Plaintiff "to

go to emergency urology, and then to have surgery on [his] bladder." ECF No. 1 at 6. Accordingly, upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation, ECF No. 23, is **accepted in part and rejected in part.** This Court rejects the Magistrate Judge's recommendation to dismiss the medical malpractice claim for failure to state a claim. This Court otherwise accepts the balance of the report and recommendation. Accordingly, Defendant's motion to dismiss, ECF No. 15, is **DENIED**. This matter is referred back to the Magistrate Judge for proceedings consistent with this Order.

**SO ORDERED on December 19, 2024.**

s/Mark E. Walker                    
**Chief United States District Judge**

---

[1] This Court acknowledges that Plaintiff has filed a response to the report and recommendation, ECF No. 24, titled as a "motion to have my case move forward to a jury trial." This Court construes the motion as a jury demand with respect to Plaintiff's claims. However, to the extent the Plaintiff seeks to bypass all pre-trial deadlines and set this case for trial immediately, his motion is **DENIED**. The Magistrate Judge shall set the appropriate schedule for this case, including deadlines for discovery and dispositive motions, which will be addressed *before* this case is set for trial.