IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES ANTHONY JONES,

    *Plaintiff*,

v.                                        Case No.: 1:24cv54-MW/MAF

UNITED STATES OF AMERICA,

    *Defendant.*
_____/

### ORDER ACCEPTING IN PART AND REJECTING IN PART SECOND REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation, ECF No. 55, and has also reviewed *de novo* Plaintiff's objections, ECF No. 56, and Defendant's objections, ECF No. 57. Upon review, this Court agrees with Defendant that it is entitled to partial summary judgment on the limited question of whether Plaintiff can demonstrate that the alleged sexual battery caused the need for placement of a suprapubic tube months later. Absent expert testimony, Plaintiff cannot prove causation or damages specifically for the placement of the suprapubic tube. Although this Court agrees with the Magistrate Judge that expert testimony is not necessary to prove Plaintiff's sexual battery claim, generally, this Court agrees with Defendant that expert testimony is necessary to prove that the alleged battery caused the need for the subsequent medical procedure.

    Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 55, is **accepted in part and rejected in part** over the Plaintiff's objections, as this Court's opinion. Defendant's motion to dismiss Plaintiff's discrimination claim, ECF No. 35, is **GRANTED**. Defendant's motion for partial summary judgment, ECF No. 31, is **GRANTED**. Plaintiff's discrimination and medical malpractice claims are **DISMISSED**. Plaintiff's sexual battery claim may go forward, however, Defendant is entitled to partial summary judgment on the issue of whether Plaintiff can prove that the alleged battery caused the need for placement of the suprapubic tube and associated damages resulting from the placement of the suprapubic tube. This case is referred back to the Magistrate Judge for further proceedings.

**SO ORDERED on September 18, 2025.**

s/Mark E. Walker<br>
**United States District Judge**